**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-7964**

_____

TERRANCE LAMOUNT JAMES,

Plaintiff - Appellant,

versus

J. HUBERS, Sergeant, Central Prison; ROBERT
TERRY, JR., Hearing Officer, Central Prison;
DONNIE R. RAYNOR, Lieutenant, Central Prison;
HATTIE B. PIMPONG, Chief Disciplinary Hearing
Officer, Central Prison,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.   (CA-04-599-5-BO)

_____

Submitted:  March 10, 2005          Decided:  March 15, 2005

_____

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Terrance Lamount James, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Terrance Lamount James appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See James v. Hubers, No. CA-04-599-5-BO (E.D.N.C. Nov. 3, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED